### 41554. COLUMBUS BANK & TRUST COMPANY v. FRYER CHEVROLET, INC. et al.

Hall, Judge. Where a petition is brought in three counts and general demurrers are sustained as to counts 2 and 3, the "cause" is still pending in the court below and exceptions to the sustaining of these demurrers are premature. *McFarland v. Lumpkin*, 108 Ga. App. 370 (133 SE 117).

*Writ of error dismissed. Bell, P. J., and Frankum, J., concur.*

Submitted October 6, 1965—Decided October 15, 1965.

*Swift, Pease, Davidson & Chapman, W. M. Page,* for plaintiff in error.

*George C. Kennedy, H. Briscoe Black,* contra.